**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DESIREE BROWN**                                                      **PLAINTIFF**

**V.**                                                      **NO. 3:20-CV-225-DMB-RP**

**FIRST SOUTH FINANCIAL CREDIT
UNION, et al.**                                                      **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 11th day of September, 2020.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**